IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:22-CR-00053-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER** |
| MICHAEL DEAN WILLIAMS, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the United States' Motion to Dismiss the case without prejudice. (Doc. No. 3). For the reasons stated in the Motion, the Court **GRANTS** the Motion. **IT IS THEREFORE ORDERED** that the Bill of Information, (Doc. No. 1), is **DISMISSED** without prejudice.

**SO ORDERED.**

Signed: June 16, 2022

Kenneth D. Bell
United States District Judge